| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Rolando L. Cedeno | 19-cv-02703-CS |
| DEFENDANT | TYPE OF PROCESS |
| City of Yonkers et al | Summons & Complaint |

**SERVE AT** 
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Yonkers Police Officer Patrick Green, Yonkers Police Department Headquarters
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
104 South Broadway, Yonkers, New York 10701

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Pro Se: Rolando L. Cedeno, 212752
Westchester County Corrections
10 Wood Road
Valhalla, NY 10595

| Number of process to be served with this Form 285 | |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: 212-805-0175
DATE: 4/10/2019

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: 72
District of Origin No. 054
District to Serve No. 054
Signature of Authorized USMS Deputy or Clerk
Date: APR 1 8 2019

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
M. Recine / Clerk 1
Date: 6-18-19   Time: 2:05 ☒ pm

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy: 4287

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 73 | 20.76 | | 93.76 | | |

REMARKS
APR 1 8 2019 Set up for mail service
MAY 20 2019 – Set up for personal serv, FWD to WP

19-2703-2